UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SHARON M. MILLER,

         Plaintiff,

                     ORDER
v.                   07-CV-310A

MIDPOINT RESOLUTION GROUP, LLC, et al.,

         Defendants.

---

    The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B).  On December 11, 2008, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that plaintiff's motion for an award of partial summary judgment be granted.

    The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

    ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, plaintiff's motion for an award of partial summary judgment is granted.

    The case is referred back to Magistrate Judge McCarthy for further proceedings.

    SO ORDERED.

                s/ *Richard J. Arcara*
                HONORABLE RICHARD J. ARCARA
                CHIEF JUDGE
                UNITED STATES DISTRICT COURT

DATED: January 14, 2009